168 So. 904

**Will CROSS v. STATE.**
6 Div. 934.

Court of Appeals of Alabama.
May 5, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

174 So. 899

**A. M. CROWSON v. STATE.**
5 Div. 19.

Court of Appeals of Alabama.
April 20, 1937.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 915

**Fred CRUMBY v. STATE.**
7 Div. 200.

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 915

**Green CULPEPPER v. STATE.**
8 Div. 305.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

167 So. 919

**Bud CUMMINGS v. CITY OF HUNTSVILLE.**
8 Div. 208.

Court of Appeals of Alabama.
March 3, 1936.

SAMFORD, Judge.
Affirmed.

169 So. 907

**John CUMMINS v. STATE.**
7 Div. 242.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

169 So. 907

**John CUMMINS v. STATE.**
7 Div. 243.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

169 So. 907

**Mark CUNNINGHAM v. STATE.**
7 Div. 246.

Court of Appeals of Alabama.
June 2, 1936.

SAMFORD, Judge.
Affirmed.